# Court of Appeals
# of the State of Georgia

ATLANTA,   January 14, 2015

*The Court of Appeals hereby passes the following order:*

**A15I0098.  DEVIN ZUMARAN v. THE STATE.**

On November 13, 2014, the trial court entered an order denying Devin Zumaran's motion to withdraw jury trial waiver.  On December 4, the court certified its order for immediate review, and on December 19, Zumaran filed this application for interlocutory appeal.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until the final judgment in the case. OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). In addition, the application for interlocutory review must be filed within ten days of the date that a timely certificate of immediate review is entered in the court below. See *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995).

Here, the certificate of immediate review was entered 21 days after the order that Zumaran seeks to appeal, and the application was filed 15 days after that.  The application is therefore untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____01/14/2015_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*